

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2015

No. 04-15-00164-CR

Leandre V. **HILL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10328
Honorable Ron Rangel, Judge Presiding

# O R D E R

　　Pursuant to this court's order dated June 11, 2015, Ms. Alvarado has been granted an extension of time to file the reporter's record until June 22, 2015 or a show cause order will issue.  Therefore, Ms. Alvarado's Notification of Late Record, filed on June 11, 2015, is denied as moot.
.

**PER CURIAM**

ATTESTED TO: _____
　　　　KEITH E. HOTTLE
　　　　CLERK OF COURT

cc: Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Richard B. Dulany Jr.
Bexar County Appellate Public Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 310
San Antonio, TX 78205

Amy Hinds Alvarado
Official Court Reporter - 379th District Court
Cadena-Reeves Justice Center
300 Dolorosa, 3rd Floor
San Antonio, TX 78205